In the Matter of the Estate of JACOB J. BRUSH, Deceased.

ELIZA F. BRUSH, Individually and as Administratrix, etc., Appellant; LILLIE M. TAYLOR and Others, Respondents.

Appeal from an order of the Surrogate's Court of the county of New York, entered on the 9th day of April, 1914, confirming an order authorizing administrator to compromise claim.

PER CURIAM: The order appealed from should be reversed, with ten dollars costs and disbursements, and the application denied upon the ground that the moving petition fails to disclose sufficient reasons for the compromise of the claim against Lillie M. Taylor at the amount stated, without prejudice to a renewal of the application upon showing sufficient facts. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and

Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and application denied without prejudice to a renewal as stated in opinion.